~~ORDERED SEALED BY COURT~~

unsealed 2/25/08

FILED
08 FEB 19 PM 2:12
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. |
| Plaintiff, ) | |
| ) | '08 MJ 0484 |
| v. ) | |
| ) | ORDER SEALING SEARCH WARRANT; |
| 7267 Camino Degrazia, Unit 22 ) | AND THE APPLICATION AND |
| San Diego, California ) | AFFIDAVIT FOR SEARCH WARRANT |
| ) | |
| Defendant. ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the search warrant; and the application and affidavit for search warrant; and this order be sealed until further order of the court.

IT IS FURTHER ORDERED that a copy of the search warrant may be left at the premises searched.

DATED: February 19, 2008

_/s/ W. McCurine Jr._
HONORABLE WILLIAM McCURINE, JR.
United States Magistrate Judge

Presented by:

KAREN P. HEWITT
United States Attorney

_/s/ Mitchell D. Dembin_
MITCHELL D. DEMBIN
Assistant U.S. Attorney