```
 1  KAREN P. HEWITT                          FILED
    United States Attorney
 2  MITCHELL D. DEMBIN                    08 FEB 25 PM 12:03
    Assistant U.S. Attorney
 3  California Bar Number 114017          CLERK, U.S. DISTRICT COURT
    Federal Office Building               SOUTHERN DISTRICT OF CALIFORNIA
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893      BY: _____ DEPUTY
 5  Telephone: (619) 557-5558

 6  Attorneys for Plaintiff
    United States of America
 7
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 08MJ0484 WMC |
|---|---|
| Plaintiff, | ) |
| v. | ) EX PARTE MOTION AND ORDER TO UNSEAL SEARCH WARRANT |
| 7267 Camino Degrazia, Unit 22 San Diego, California | ) |
| Defendant. | ) |

The United States of America, through its attorneys, Karen P. Hewitt, United States Attorney, and Mitchell D. Dembin, Assistant U.S. Attorney, moves this Court to unseal the search warrant, the application for the search warrant, the return of the search warrant and the affidavit in support of the search warrant in Magistrate Case No. 08MJ0484 obtained and sealed on February 19, 2008, and executed shortly thereafter.

In support of this Motion, counsel for the government states that the need for continued secrecy has passed.

Accordingly, it is requested that the Court order that the search warrant materials in Magistrate Case No. 08MJ0484 be unsealed.

Dated: February 25, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

By: /s/ Mitchell D. Dembin
MITCHELL D. DEMBIN
Assistant U. S. Attorney

**ORDER**

Upon motion of the United States, good cause appearing therefor, **IT IS HEREBY ORDERED** that the search warrant materials in Magistrate Case No. 08MJ0484 are unsealed.

Dated: 2/25/08

HONORABLE WILLIAM McCURINE, JR.
United States Magistrate Judge