## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

**In the Matter of the Search of**

7267 Camino Degrazia, Unit 22
San Diego, California

**SEARCH WARRANT**

CASE NUMBER: '08 MJ 0484

TO:  Special Agent Todd Walbridge and any Authorized Officer of the United States:

Affidavit having been made before me by Special Agent Todd Walbridge of the Federal Bureau of Investigation who has reason to believe that on the premises known as:

See Attachment A

in the Southern District of California there is now concealed a certain person or property, namely:

See Attachment B

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before **February 29, 2008** (not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search in the daytime (6:00 A.M. to 10:00 P.M.) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to Hon. William McCurine, Jr., United States Magistrate Judge, as required by law.

Issued:

February 19, 2008 at 1355 am/pm at San Diego, California

HONORABLE WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>02/19/2008 | DATE AND TIME WARRANT EXECUTED<br>02/21/08 @ 6:53 am | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Brad Dierking |

INVENTORY MADE IN THE PRESENCE OF: Brad Dierking

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attached

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____ SA Adam Pranter, FBI

Subscribed, sworn to, and returned before me this date.

_____                    2/25/08
U.S Judge ~~or Magistrate~~ Judge              Date

## Attachment A

The residence of Bradley Dierking, which is located at 7267 Camino Degrazia, Unit 22, San Diego, California.

ATTACHMENT B

Authorization is sought to search for and seize evidence that Bradley Dierking accessed the computer network of Geary Interactive without authority, including the website www.andreasroell.com, defaced the website and reservations system for Miraval Resort at www.miravalresort.com, and accessed and copied leads from one or databases of Geary Interactive without authority in violation of Title 18, United States Code, Sections 1030 and 1832. Authorization to search includes any detached structures from the primary premises if such additional structures exist. This authorization includes the search of physical documents and includes electronic data to include deleted data, remnant data and slack space. The seizure and search of computers and computer media will be conducted in accordance with paragraph 29 of the affidavit submitted in support of this warrant. Items to be seized includes the following:

    a.   All computer systems, software, peripherals and data storage devices.

    b.   All temporary and permanent files and records of any kind relating to Geary Interactive, andreasroell.com, Miraval Resorts, University of Phoenix and the Institute for Professional Development including but not limited to computer logs, database files and communications;

    c.   All temporary and permanent files and records reflecting unauthorized access to the Geary Interactive computer network; and,

    d.   All records and documents that identify the person(s) using any seized computers.

FD-597 (Rev 8-11-94)                                              Page 1 of 2

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
#### Receipt for Property Received/Returned/Released/Seized

File # 288A-SD-69671

On (date) 2/21/2008

Time: 8:22 AM

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Bradley John Dierking
(Street Address) 7267 Camino Degrazia #22
(City) San Diego, CA

Description of Item(s):

1.) HP Pavillion laptop dv1000 S/N CNF4520NNH + power cords  Room (B)
2.) Sony Vaio laptop PCG-8X2L S/N 282498323017963 + power cords  Room (B)
3.) Western Digital External Harddrive WD160XMS00  Room (B)
4.) SanDisk Cruzer Mini 512 MB thumb drive S/N AXC0409DHB  Room (B)
5.) Western Digital external Harddrive S/N WCAPW2497718  Room (E)

Received By: [signature]          Received From: [signature]
         (Signature)                         (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 288A-SD-69671

On (date) 2/21/2008

Time: 8:22 AM

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Bradley John Dierking
(Street Address) 7267 Camino Degrazia #22
(City) San Diego, CA

Description of Item(s):

1.) Optio Pentax camera S/N 6256696 Room (#) (B) MGS
2.) iPod 8GB S/N YM746W5B4XX Room (#) (B) MGS
3.) Motorola Verizon cell phone model # Q H/WA, S/N STUXN1134JM & charger Room (#) (B) MGS
4.) 1 CD-R labeled "Brad's Pix" Room (#) (B) MGS
5.) 1 DVD labeled "WBL Templates" Room (#) (B) MGS
6.) 1 Logitech MX Revolution USB Thumbdrive S/N 831735-1000 Room (#) (B) MGS
7.) 4 Business cards Room (B)
8.) Misc. documents, Castle Advertising Room (B)
9.) 1 Black booklet containing misc CD-ROMs Room (E)

Received By: _(Signature)_    Received From: _(Signature)_